UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LANE TYLER ADCOCK** | **CIVIL ACTION NO. 22-2423** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **KELLY WAYNE DISHMAN, II** | **MAG. JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, together with the written objection [Doc. No. 10] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lane Tyler Adcock's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous.

**MONROE, LOUISIANA,** this 3rd day of October 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**